UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEROY SHACKLEFORD WILSON | ) | Case No. SACV 08-1070 GHK(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ALMAGER, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Granting Petitioner's Motion to Dismiss Action without Prejudice,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   10/9/08

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE